GLEASON *et al.* v. COLLETT.

**Appeal:** ABSTRACT MUST SHOW WHEN TAKEN. This court has no jurisdiction to entertain an appeal unless it affirmatively appears from the abstract that the appeal was perfected within six months after the rendition of the judgment appealed from. Jurisdictional facts cannot be presumed.

*Appeal from Ida District Court.* — HON. J. H. MACOMBER, Judge.

FILED, MAY 15, 1889.

ACTION to restrain defendant, who was a purchaser at execution sale, from removing or interfering with certain crops. There was judgment for the plaintiffs, and the defendant appeals.

*L. A. Berry*, for appellant.

*Kiner & Riddle* and *Warren & Buchanan*, for appellees.

GRANGER, J.—There is no record to justify this court in assuming jurisdiction in this case. From the abstract it appears that the judgment of the district court was entered December 20. The record then shows "notice of appeal, and service thereof on Kiner & Riddle and Warren & Buchanan, attorneys for plaintiffs, and on F. H. Hilliard, clerk of the court." There is nothing to show the year in which the judgment of the district court was entered, nor how long after the entry of the judgment the appeal was taken. Facts essential to the jurisdiction of this court must appear on the face of the record. They are not presumed. Appeals must be taken within six months from the rendition of the judgment or order appealed from, and not afterwards. Code, sec. 3173. This appeal may or may not have been taken within the time prescribed by law. In the absence of an affirmative showing, the appeal must be

DISMISSED.